# SUPERIOR COURT.

## FALL SESSIONS,

## 1849.

---

### JAMES J. BOSWELL & CO. *vs.* JAMES C. DUNNING.

In an action on a note endorsed, specially, to a firm, the partnership must be proved.

THIS was an action on a negociable note, drawn by James C. Dunning, in favor of Richard F. Hastings, payable at the Georgetown *bank*, of the Farmers' Bank of Delaware, and endorsed to plaintiffs.

Plaintiffs proved the note, endorsement, and protest, and closed.

*Mr. Layton* moved a nonsuit—1. Because there was a variance in the description of the note, which was payable at the *branch* of the Farmers' Bank of the State of Delaware, at Georgetown.

2. That the partnership character of the endorsees is not proved.

*The Court* said there was no variance; but if there was, they would at once order the pleadings amended.

They had doubt on the second point, and would take an opportunity to look into it; and there being no further defence, would direct the jury to render a verdict for plaintiffs, for the amount of the note, subject to the opinion of the court on this point.

*Mr. Cullen* now asked leave to prove the partnership, which was opposed by the defendants' counsel, and refused by the court, as unprecedented and dangerous.

Verdict for plaintiffs, $303 00.

*The Court* afterwards set aside the verdict and entered a judgment of nonsuit, for want of proof of the partnership character of the plaintiffs; the endorsement being special, and not in blank. (*Chitty on Bills*, 394; 3 *Cowp.*, 240, *Ord* vs. *Portal*, *note*.)